IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE DELOIS PORTER PLAINTIFF

v. CAUSE NO: 1:26-CV-89-SA-DAS

PAUL PORTER, JOHNNIE SMITH, SAMMIE RAY SMITH, and SHIRTEY SMITH DEFENDANTS

ORDER

Willie Delois Porter, who is proceeding *pro se*, initiated this lawsuit by filing her Complaint [1] on May 26, 2026. She filed an Amended Complaint [4] on June 11, 2026. On July 2, 2026, the Court entered an Order to Show Cause [6] identifying jurisdictional and venue issues associated with this case. The Court provided Porter an opportunity to respond and show cause as to why the case should not be dismissed.

On July 14, 2026, Porter timely responded. *See* [8]. In her Response [8], she contended that the Court's Order [6] contains "false information" but provided no response to the jurisdictional issues raised. Consequently, the Court entered an Order [9] dismissing the case on July 21, 2026.

Porter has since filed a Motion to Transfer [10]. Notably, the Motion [10] purports to have been signed by Porter on July 20, 2026 but was postmarked on July 21, 2026—the same day the Court dismissed the case. The entirety of the Motion to Transfer [10] provides:

> I, Willie Delois Porter Plaintiff in the above describe[d] Cases [am] requesting that both of them be transferred to the proper district immediately because at the time of their filings I did not know Noxubee County was in the United States District Court For The Southern District of Mississippi. Before I filed this motion I did contact the office in Oxford to find out what I needed to do. I believe in doing things the right way. I will appreciate the court helping me get this matter resolved as quickly as possible.

[10] at p. 1.

In short, there is no basis to transfer this case to the Southern District of Mississippi. Porter did not—and still has not—responded to the multiple substantive defects the Court identified with her Amended Complaint [4]. The Court dismissed the case after she was given an opportunity to address the deficiencies but failed to do so.

Her present desire to transfer an inherently flawed, now-closed case is not well-taken. The Motion [10] is DENIED. The case remains closed.

SO ORDERED, this the 25th day of September, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE